IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-630-GCM-DSC

| | | |
|---|---|---|
| ANITRA BOSTIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate David S. Cayer, filed July 22, 2011. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), written objections to the memorandum and recommendation must be filed within 14 days after service of the memorandum. Plaintiff timely filed an objection. Defendant did not file a response

After an independent and thorough review of the magistrate's memorandum and Defendant's objections thereto, the Court concludes that the recommendation to deny Plaintiff's Motion for Judgment on the Pleadings, to grant Defendant's Motion for Summary Judgment, and to affirm the Commissioner's determination is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted, and Plaintiff's Motion for Judgment on the Pleadings is DENIED, Defendant's Motion for Summary Judgment is GRANTED, and the Commissioner's determination is AFFIRMED.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: August 22, 2011

Graham C. Mullen
United States District Judge